In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-05-464 CV


____________________



IN THE INTEREST OF A.M.J.F. AND A.J.D.F.






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. F-193,687






 MEMORANDUM OPINION 


 The appellants, Valerie Linton and Darius Linton, filed a motion to dismiss this
appeal. The Court finds that this motion is voluntarily made by the appellant prior to any
decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party
filed a notice of appeal. The motion to dismiss is granted and the appeal is therefore
dismissed.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice


Opinion Delivered February 16, 2006 

Before McKeithen, C.J., Gaultney, and Horton, JJ.